NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KARL GIBSON,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2011-3153

---

Petition for review of an arbitrator's decision in FMSC no.101028-00325-8 by Geoffrey L. Pratte.

---

**ON MOTION**

---

## ORDER

Karl Gibson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

| JUN 22 2011 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |

cc:  Karl Gibson
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 22 2011

JAN HORBALY
CLERK